No. 02–592. HASAN v. DEPARTMENT OF LABOR ET AL. C. A. 10th Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 02–593. HALL HOLDING CO., INC., ET AL. v. CHAO, SECRETARY, DEPARTMENT OF LABOR. C. A. 6th Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 02–5179. CARTER v. BARNHART, COMMISSIONER OF SOCIAL SECURITY, *ante*, p. 899;

No. 02–5407. PRICE v. UNITED STATES, *ante*, p. 913;

No. 02–6302. YOWEL, AKA ROBINSON v. WARNER, GOVERNOR OF VIRGINIA, ET AL., *ante*, p. 1032; and

No. 02–6627. POINTER v. ST. LOUIS COUNTY SPECIAL SCHOOL DISTRICT, *ante*, p. 1053. Petitions for rehearing denied.

No. 02–5224. POINTER v. PARENTS FOR FAIR SHARE, *ante*, p. 902. Motion of petitioner for leave to file petition for rehearing denied.

JANUARY 22, 2003

No. 02–810. LOCATING, INC. v. PARKS. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.

No. 02–8581 (02A594). IN RE LOOKINGBILL. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 02–8580 (02A593). LOOKINGBILL v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.